# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                      **APPEARANCE**

                                        CASE NO. 3:02CR00072(AWT)

AARON WOOD

To the Clerk of this Court and all parties of record:

Enter my Appearance as counsel in this case for:

### *AARON WOOD*

Date: 11-21-05                 /s/
                                    *Signature*

Bar No.: ct05085           Gary D. Weinberger, Esq.
                                    *Print Name*

                                    FEDERAL DEFENDER OFFICE
                                    *Firm Name*

                                    10 Columbus BLVD, FL 6
                                    *Address*

                                    Hartford,       CT       06106-1976
                                    *City           State      Zip Code*

                                    (860) 493 6260
                                    *Phone Number*

*I hereby certify that a copy of the foregoing has been mailed to: The United States Attorney's Office, 450 Main Street, Room 328, Hartford, CT 06103, on this 21st day of November, 2005.*

                                    /s/
                                    *Signature*