UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :

V. : CRIMINAL NO. 3:02CR00072(AWT)

AARON WOOD :

**ORDER ADDING SPECIAL CONDITIONS OF SUPERVISED RELEASE**

The above-named defendant was originally sentenced on March 26, 2003 to 43 months of imprisonment followed by five years of supervised release following his conviction on a violation of 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Base. His term of supervised release commenced on April 28, 2005.

On September 8, 2005, the court issued a warrant to bring the defendant before the court to show why his supervised release should not be revoked based on allegations by the probation officer that the defendant had violated conditions of supervised release.

On November 21, 2005, the defendant appeared with counsel for a violation hearing to determine whether his supervised release should be revoked. The matter was continued to December 12, 2005. On that date, the court continued the defendant's term of supervised release and added two special conditions of supervision to the conditions and terms originally imposed by the court.

Accordingly, the following additional special conditions are ordered:

1) The defendant shall reside for a period of six months, to commence immediately following release from imprisonment, in a community confinement center, preferably the Watkinson House, and shall observe the rules of that facility; and

2

2) The defendant shall not cohabitate with any person without prior approval of the U.S. Probation Office.

All other conditions of supervised release previously imposed by the court remain in full force and effect.

It is so ordered.

Dated this 20th day of December 2005, at Hartford, Connecticut.

                                      Alvin W. Thompson
                                   United States District Judge