# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. AARON WOOD

Docket No. 3:02CR00072(AWT)

### PETITION ON PROBATION AND SUPERVISED RELEASE

     **COMES NOW** Bunita B. Keyes, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of AARON WOOD who was sentenced to 43 months' imprisonment for Conspiracy to Possess with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 846, by the Honorable Alvin W. Thompson, U.S. District Judge, sitting in the court at Hartford, Connecticut, on March 26, 2003, who fixed the period of supervised release at five years which commenced on April 28, 2005, and imposed the general terms and conditions theretofore adopted by the court: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer; 2) The defendant shall participate in a mental health treatment program as directed by the probation officer. The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer; 3) The defendant shall participate in educational and/or vocational training, as approved by the probation officer; 4) The defendant shall maintain full-time employment (or the equivalent) for the duration of his supervised release; 5) The defendant shall perform, during his first three years of supervised release, 600 hours of community service at the rate of 200 hours per year; 6) The defendant shall use his best efforts to avoid places where illegal substances are sold, used, distributed or administered; and, 7) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the U.S. Probation Office.

The defendant's term of supervision commenced on April 28, 2005, and is scheduled to terminate on April 27, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Mandatory Condition:** "You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance." On July 7, 2006, Mr. Wood was arrested by the Hartford Police Department and charged with Assault 3rd and Breach of Peace. The State's Attorney's Office reported that Mr. Wood kicked in the bedroom door which his pregnant girlfriend had locked. Upon entering the room, the defendant knocked her to the ground and pushed her into a closet door. Neighbors heard the commotion and called the police. The victim did not want to press charges or to implement a restraining order. Mr. Wood was released on a Promise to Appear bond. He failed to attend his initial hearing scheduled for July 11, 2006. The hearing has been rescheduled for August 8, 2006.

Continued on page 2

     **PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled, so that the offender can be brought before the Court to show cause why his supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 13th day of July 2006 and ordered filed and made a part of the records in the above case.

Sworn to By

_____
Bunita B. Keyes
United States Probation Officer

Place Hartford, Connecticut

Date 7-13-06

_____
The Honorable Alvin W. Thompson
United States District Judge

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 13th day of July 2006 at Hartford, U.S. Probation Officer Bunita B. Keyes appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Alvin W. Thompson
United States District Judge

Page 2

**Charge No. 2 - Standard Condition:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician." On May 23, 2006, Mr. Wood reported drug use and on the same date, he tested positive for marijuana.

**Charge No. 3 - Standard Condition:** "You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer." Mr. Wood has never reported the arrest of July 7, 2006.