No.  3:02CR72(AWT)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, HARTFORD CORRECTIONAL CENTER, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of AARON WOOD (DOB 8/23/83; Inmate No. 260534) now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said AARON WOOD before the United States District Court, District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on    at 9:30 A.M., or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said AARON WOOD for violation of Title 18, United States Code, Section 3583, and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return said AARON WOOD to the HCC under safe and secure conduct.

|  |  |
|---|---|
| The foregoing Writ is hereby allowed.  Dated at Hartford, Connecticut, this _____ day of July, 2006. | KEVIN F. ROWE<br>CLERK, U. S. DISTRICT COURT<br><br>_____<br>DEPUTY CLERK |

_____
ALVIN W. THOMPSON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:02CR72(AWT) |
| AARON WOOD | : July 26, 2006 |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Michael J. Gustafson, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On July 27, 2006, at 9:30 A.M., there will come before this Court, at Hartford, Connecticut, the criminal case of United States of America v. Aaron Wood, Criminal No. 3:92CR72(AWT).

2. That the above-named defendant, Aaron Wood, is charged with violation of Title 18, United States Code, Section 3583.

3. That the said Aaron Wood is now confined at the Hartford Correctional Center.

That the said Aaron Wood should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden,

Hartford Correctional Center and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said Aaron Wood at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

                                  UNITED STATES OF AMERICA

                                  KEVIN J. O'CONNOR
                                  UNITED STATES ATTORNEY


                                  THOMAS V. DAILY
                                  ASSISTANT UNITED STATES ATTORNEY

```
STATE OF CONNECTICUT        :
                            :  ss. Hartford, July 25, 2006
COUNTY OF HARTFORD          :
```

Personally appeared before me Thomas V. Daily, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

_____
Bernadette Ellis
Notary Public

My commission expires: March 31, 2009