UNITED STATE DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:02CR00072(AWT) |
| VS. | : | |
| AARON WOOD | : | August 1, 2006 |

## ORDER FOR PRESENTENCE PSYCHOLOGICAL/PSYCHIATRIC EXAM IN AID OF SENTENCING

Based on the hearing held on July 24, 2006, and the need to better understand Mr. Wood's mental and emotional adjustment problems, the Court ordered, pursuant to 18 U.S.C. § 3552(c), that an examination and report by a psychologist or psychiatrist be conducted in order to provide more information that is otherwise unavailable to the Court as a basis for determining the mental and emotional condition of the defendant, and to aid the Court in sentencing the defendant in a violation matter.

Signed and dated at Hartford, Connecticut this ____ day of August 2006.

_____
The Honorable Alvin W. Thompson
United States District Judge