UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 DEC 21  A 11: 27

UNITED STATES OF AMERICA          :

        vs.                               :  CRIMINAL NO. 3:02CR72(AWT)

AARON WOOD                        :

## ORDER

Upon application of the Defendant, upon consent of the Government and good cause appearing, it is hereby ordered that any prior Order of Detention is vacated. It is further ordered that any detainer resulting from said Order of Detention is to be withdrawn forthwith.

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this 21st day of December, 2006.

                                                    _____
                                                    Alvin W. Thompson
                                                    United States District Judge