UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                          Criminal No. 3:02CR00072(AWT)

AARON WOOD

## ORDER CONTINUING SUPERVISED RELEASE

The above-named defendant was originally sentenced on March 26, 2003, following his conviction on a violation of 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Cocaine Base, to 43 months' imprisonment followed by five years' supervised release. His term of supervised release commenced on April 28, 2005.

On July 27, 2006 a violation of supervised release hearing was held. The hearing was continued pending the resolution of pending state charges and to allow for the completion of a psychiatric evaluation. The following are the results of the psychiatric evaluation completed by Dr. Catherine Lewis.

In a report dated December 29, 2006, Mr. Wood was diagnosed with Alcohol and Cannabis Abuse, in Remission in a Controlled Environment and Antisocial Personality Disorder. Dr. Lewis said that Mr. Wood is not likely to benefit from one-on-one, individual therapy, and is not interested in treatment for addiction. He may benefit from treatment with an anti-depressant medication, which also decreases impulsivity and impulsive aggression.

Dr. Lewis advised that the defendant would benefit most from placement in a long-term therapeutic community where staff is well aware of the dynamics of sociopathic individuals and very strict limits are set. Mr. Wood has basically said he does not want this option and would rather be

incarcerated. Mr. Wood has expressed a desire to work and if possible should work as close to full-time as is feasible. He must be closely monitored.

On July 16, 2007, the defendant appeared with counsel for a violation hearing to determine if his supervised release term should be revoked. The matter was continued to August 16, 2007. On that date, the defendant was continued on supervised release with the same conditions and terms originally imposed by the Court with the following modifications. The Court removed the community service hours previously ordered and added a special condition of supervision.

NOW, THEREFORE, the following additional special condition is ordered:

The defendant shall participate in a long-term therapeutic community program approved by the probation officer for mental health treatment. The defendant shall pay all, or a portion of, the costs associated with treatment, based on the defendant's ability to pay, as determined by the United States Probation Officer.

IT IS ORDERED that the defendant be continued on supervision with the remaining special conditions and the original expiration date of April 27, 2010 shall remain in effect.

Dated at Hartford, Connecticut, this ___2 nd___ day of October 2007.


The Honorable Alvin W. Thompson
United States District Judge