UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 3:02CR72 (AWT) |
| AARON WOOD | : | |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

      Comes now the United States of America, prosecuting in its own sovereign right and behalf by Michael J. Gustafson, Assistant U.S. Attorney, and respectfully informs this Honorable Court:

      1.  On Thursday, November 15, 2007 at 1:00 p.m., there will come before this Court, at Hartford, Connecticut, the criminal case of <u>United States v. Aaron Wood</u>, Criminal Number 3:02CR72 (AWT), for a supervised release violation hearing.

      2.  That the above named defendant, AARON WOOD, is charged with noncompliance with the conditions of his supervised release, in violation of Title 18, United States Code, Section 3583.

      3.  That the said AARON WOOD is now confined at the Hartford Correctional Center, Hartford, Connecticut. He is being held by the state on an outstanding warrant.

      4.  That the said AARON WOOD should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offenses, or from time to time thereafter as the case may be adjourned to.

      WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Hartford Correctional Center,

Hartford, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said AARON WOOD on Thursday, November 15, 2007, at 1:00 p.m. at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT 01503
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CONNECTICUT  06510
(203) 821-3700
MIKE.GUSTAFSON@USDOJ.GOV