# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

U.S.A. vs. AARON WOOD                                    Docket No. 3:02CR00072(AWT)

## PETITION ON PROBATION AND SUPERVISED RELEASE

      **COMES NOW** Bunita B. Keyes, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of AARON WOOD who was sentenced to 43 months' imprisonment for a violation of Conspiracy to Possess with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 846, by the Honorable Alvin W. Thompson, U.S. District Judge, sitting in the court at Hartford, Connecticut on March 26, 2003, who fixed the period of supervised release at five years which commenced on April 28, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:  1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer which may include urinalysis testing to (Continued on next page)

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Standard Condition: "You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance."** On May 19, 2008, Mr. Wood was arrested by the Norwich Police Department and charged with Strangulation 3rd, in violation of Connecticut General Statutes, 07-123, Section 10A, Unlawful Restraint 2nd, 53A-96, and Assault 3rd, 53A-61, Disorderly Conduct, 53-182(A)(1). Evidence in support of these charges include arrest report number 08-23314 and eyewitness testimony of the arresting officer (Michael McKinney, badge No. 276). As a result of these domestic violence charges involving his mother, Mr. Wood is being held at Corrigan-Radgowski Correctional Center in Uncasville, Connecticut on a $50,000 bond. The court hearing is set for August 28, 2008.  There is also a pending Violation of Probation charge out of New Britain, Connecticut on which he is being held on a $10,000 bond and the Court hearing date is set for September 30, 2008.

      **PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**                                        Sworn to By

Considered and ordered this 25th day of August             _____
2008 and ordered filed and made a part of the                      Bunita B. Keyes
records in the above case.                                 United States Probation Officer

/s/ Alvin W. Thompson, USDJ                                Place Hartford, Connecticut
The Honorable Alvin W. Thompson
United States District Judge                               Date _____

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 25th day of August at Hartford, U.S. Probation Officer Bunita B. Keyes appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

                                                                                  /s/ Alvin W. Thompson, USDJ

                                                                                  The Honorable Alvin W. Thompson
                                                                                  United States District Judge

continued

determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer; 2) The defendant shall participate in mental health treatment program as directed by the probation officer. The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer; 3) The defendant shall participate in educational and/or vocational training, as approved by the probation officer; 4) The defendant shall maintain full-time employment (or the equivalent) for the duration of his supervised release; 5) The defendant shall use his best efforts to avoid places where illegal substances are sold, used, distributed or administered; and, 6) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the U.S. Probation Office.

The defendant' term of supervision commenced on April 28, 2005, and is scheduled to terminate on April 27, 2010.